LILLIAN BROTHERS, an Infant, etc., Respondent, v. VILLAGE OF ILION, Appellant.— Appeal dismissed unless appellant shall be ready for argument at the opening of the March term.

DOMINICK ALOISIO, Respondent, v. GLOBE AND RUTGERS FIRE INSURANCE COMPANY OF THE CITY OF NEW YORK, Appellant.— Appeal dismissed unless appellant shall be ready for argument at the opening of the March term.

MORRIS LIPEDES, Respondent, v. THE LIVERPOOL AND LONDON AND GLOBE INSURANCE COMPANY, LTD., Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, on the ground that the verdict is against the weight of the evidence on the question of whether the defendant knew at the time it transferred one policy and issued the other that the property was subject to chattel mortgages. All concur.

HELENA ANDRYKOWSKA, Respondent, v. STANLEY KOPEC, Appellant.— Judgment and order affirmed, with costs. All concur.

JAMES D. BARTON, Appellant, v. CLEVELAND THEATRE COMPANY, Respondent.— Orders affirmed, with ten dollars costs and disbursements. All concur.

METRO PYTAL, an Infant, by JOHN PYTAL, His Guardian ad Litem, Respondent, v. CLIFFORD L. KELLAND, Appellant.— Order affirmed, with ten dollars costs and disbursements. It is hereby ordered that the last sentence in point VI of the appellant's brief, being an improper and unprofessional statement, be expunged from the record, and the appellant's counsel is censured for introducing such statement into his brief. All concur.

EDWARD M. SHELDON, Appellant, v. THE LOWVILLE MILK AND CREAM COMPANY, Respondent.— Judgment affirmed, with costs. All concur; Crouch, J., not sitting.

WILLIAM B. BRIGGS, on Behalf of Himself and Other Lot Owners of THE BLOOMINGDALE CEMETERY ASSOCIATION, Respondent, v. THE BLOOMINGDALE CEMETERY ASSOCIATION and Another, Appellants.— Judgment affirmed, with costs. All concur.

LOUIS F. EGGLER and Another, Respondents, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

DAVID PLISS, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Motion to amend order of reversal so as to state that the reversal was made upon questions of law only, granted.

MITCHELL J. WAZEN, Respondent, v. ROSE DUGGAN, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

CHARLES A. SCHRADER, Respondent, v. NEW YORK STATE RAILWAYS, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ONE BOX CONTAINING 15 BOTTLES OF GREEN RIVER WHISKY, etc., and Others, Appellants.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals denied.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NICOLA DESIDERIO and Others, Appellants, v. HENRY CONNOLLY and Others, Respondents.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.